United States Courts
Southern District of Texas
FILED

*March 24, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | |
| **TERRY JOE KEETON,** | § | **4:25-cr-117** |
| **Defendant.** | § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**False Statement in Connection with the Purchase of a Firearm)**

On or about April 16, 2020, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**TERRY JOE KEETON,**

in connection with the acquisition of a firearm, as defined in Title 18 United States Code, Section 921, to wit:

an F.N. Herstal, Five-seveN, 5.7 mm pistol;

from Kingwood Guns, Kingwood, Texas, a federally licensed firearms dealer, knowingly made a false and fictitious statement to the federally licensed firearms dealer or their representative, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant

represented on the Form 4473 that he was the actual purchaser of the firearm, when in truth and in fact he was not.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: _____

**Steven Schammel**
**Assistant United States Attorney**